**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1171**

---

GETACHEW WOLDEAREGAY,

                Petitioner,

    versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General for the United
States of America,

                Respondents.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A70-817-716)

---

Submitted: June 5, 2002          Decided: June 24, 2002

---

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Richard S. Bromberg, Washington, D.C., for Petitioner. Robert D.
McCallum, Jr., Assistant Attorney General, Mark C. Walters,
Assistant Director, Arthur L. Rabin, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Getachew Woldearegay seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's denial of his application for asylum and withholding of deportation. We have reviewed the administrative record and the Board's decision and find that substantial evidence supports the Board's determination that Woldearegay failed to establish a well-founded fear of persecution. Accordingly, we deny Woldearegay's petition for review on the reasoning of the Board. See Woldearegay v. INS, No. A70-817-716 (B.I.A. Jan. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2